FILED
2014 Aug-12 PM 03:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JESSICO PLOTT, | ) | |
| Plaintiff; | ) | |
| vs. | ) | 2:14-cv-00505-LSC |
| NATIONAL ENTERPRISE SYSTEMS, INC., | ) | |
| Defendant. | ) | |

ORDER

The Court has been advised by the parties that a settlement has been reached in this matter and is being finalized. Accordingly, this action is DISMISSED with prejudice. Any party may, for good cause shown, reopen this action within sixty (60) days from the date of this Order. Costs are taxed as paid.

Done this 12th day of August 2014.

_____
L. Scott Coogler
United States District Judge
[160704]